IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Norris, Rose M | Case Number: 08 B 01992 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 8/26/08 | Filed: 1/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: July 15, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,230.00 |  |
| Secured: |  | 1,150.05 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 79.95 |
| Other Funds: |  | 0.00 |
| Totals: | 1,230.00 | 1,230.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,800.00 | 0.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 0.00 | 0.00 |
| 5. | Chase Automotive Finance | Secured | 18,303.90 | 1,150.05 |
| 6. | Illinois Title Loans | Secured | 2,114.00 | 0.00 |
| 7. | GCSMT | Unsecured | 200.00 | 0.00 |
| 8. | Queen of Peace High School | Unsecured | 3,405.00 | 0.00 |
| 9. | I C Systems Inc | Unsecured | 56.00 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 1,753.66 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 1,848.87 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 656.55 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 1,403.27 | 0.00 |
| 15. | Chase Automotive Finance | Unsecured | 0.00 | 0.00 |
| 16. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 17. | Ffcc Columbus Inc | Unsecured |  | No Claim Filed |
| 18. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 19. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 20. | Ffcc Columbus Inc | Unsecured |  | No Claim Filed |
| 21. | First Premier | Unsecured |  | No Claim Filed |
| 22. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 23. | GE Employee Credit Union | Unsecured |  | No Claim Filed |
| 24. | GE Employee Credit Union | Unsecured |  | No Claim Filed |
| 25. | MRSI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Norris, Rose M | Case Number: 08 B 01992 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 8/26/08 | Filed: 1/30/08 |

| | | | | |
|---|---|---|---|---|
| 26. | MRSI | Unsecured | | No Claim Filed |
| 27. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 28. | Professional Account Management | Unsecured | | No Claim Filed |
| 29. | MRSI | Unsecured | | No Claim Filed |
| 30. | Sallie Mae | Unsecured | | No Claim Filed |
| 31. | Professional Account Management | Unsecured | | No Claim Filed |
| 32. | Jefferson Capital Systems LLC | Unsecured | | No Claim Filed |
| 33. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 32,791.25 | $ 1,150.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 79.95 |
| | _____ |
| | $ 79.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

